IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:17-CR- 128 |
| ) | |
| v. ) | Count 1: 18 U.S.C. § 641 |
| ) | (Theft of U.S. Property) |
| SANDRA HOUSEHOLDER, ) | |
| ) | |
| Defendant. ) | |

F I L E D
SEP 20 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE
(Theft of Government Property)

1. SSA Title II Benefits are paid to aged, blind and disabled persons who have paid sufficient FICA taxes into the program to become eligible for monthly payments upon finding that they meet all factors of entitlement. Survivors of eligible applicants are also entitled to benefits from the applicant record if they are eligible. SSA benefits are paid from the Retirement/Survivors Trust Fund, the Disability Trust Fund and the Medicare Trust Fund. The SSA benefits should cease after the death of the beneficiary.

2. The defendant, SANDRA HOUSEHOLDER, was a resident of Glen Allen, Virginia. Her mother-in-law, Ruth Householder, began receiving Social Security Administration (SSA) Title II Widowers Insurance Benefits from her husband's SSA record, in February 1984. The SSA wired the funds into an account at Wells Fargo Bank, for which both Ruth Householder and Roger Householder were account holders.

3. On October 16, 2011 Ruth Householder died. The SSA, however, continued to wire Householder's monthly benefit into the Wells Fargo Account until around early February 2016.

4. From October 2011 until February 2016, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, SANDRA HOUSEHOLDER did knowingly, intentionally and unlawfully embezzle, steal, purloin, and convert to her own use money belonging to the United States of America, in that she accepted and used for her own benefit wire payments from the SSA to Ruth Householder in the amount of approximately $43,458.00. For example, on or about February 1, 2016, she accepted and used for her own benefit a wire payment from the SSA to Ruth Householder in the amount of $842.00.

(In violation of Title 18, United States Code, Section 641.)

## **FORFEITURE NOTICE**

Pursuant to Rule 32.2(a) FED. R. CRIM.P., the defendant is hereby notified that if convicted of the offense charged in this Criminal Information, she shall forfeit any property, real or personal, which constitutes or is derived from any proceeds traceable to the offense. Property subject to forfeiture includes, but is not limited to:

> **The sum of at least $43,458.00 representing the proceeds of the offense charged, to be offset of the forfeiture of any specific property, constituting substitute assets for the proceeds.**

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: *David J. Maguire*
David T. Maguire
Assistant United States Attorney